# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 12-00268-13-CR-W-DGK |
| STEPHEN MICHAEL FINE, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 268), to which there has been no timely objection, the plea of guilty by Defendant Stephen Michael Fine to the lesser included offense in Count One, and to Count Two and Eleven of the Superseding Indictment filed on December 12, 2012, as well as Count One of the Information filed June 17, 2014, is now accepted and Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the Court.

    /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: July 7, 2014